FILED
CHARLOTTE, N. C.

MAR 1 7 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MISC 3:00MC 52

IN RE:

APPLICATION FOR
EXEMPTION FROM THE :
ELECTRONIC PUBLIC :
ACCESS FEES : ORDER
:

This matter is before the Court upon the application and request by Professor Barry Latzer of the John Jay College of Criminal Justice for exemption from fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States.

The Court finds that Mr. Latzer as a professor at John Jay College of Criminal Justice in New York City falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Mr. Latzer has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Therefore, Mr. Latzer shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of his research for John Jay College. He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. this fee exemption applies only to Mr. Latzer and is valid only for the purposes stated above;
2. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. by accepting this exemption, Mr. Latzer agrees not to sell for profit any data obtained as a result of receiving this exemption;
4. this exemption is valid until September 1, 2006.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to Mr. Latzer and to the PACER Service Center.

Dated this 15th day of March, 2006.

Richard L. Voorhees, Chief
U.S. District Court Judge